# EXHIBIT 2

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF,<br>    PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | CASE NO. CJ-2014-_____<br><br>**CJ- 2014 - 4407**<br><br>JURY TRIAL DEMANDED<br><br>ATTORNEY'S LIEN CLAIMED |

## SUMMONS

To the above-named Defendant:

State of Oklahoma
Oklahoma Department of Mental Health and Substance Abuse Services
Where ever they may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 4th day of Aug, 20 14.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF,<br><br>    PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | CASE NO. CJ-2014-_____<br><br>CJ - 2014 - 4407 |

## SUMMONS

To the above-named Defendant:

The Board of Directors
Oklahoma Department of Mental Health and Substance Abuse Services
Where ever he may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ___4th___ day of ___Aug___, 20__14__.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## CERTIFICATE OF SERVICE BY MAIL

      I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF, <br>     PLAINTIFF, <br><br> V. <br><br> 1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES; <br> 2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, <br> 3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services, <br> 4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services; <br> 5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and <br> 6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services. <br><br> DEFENDANTS. | CASE NO. CJ-2014-_____ <br><br> CJ- 2014 - 4 4 0 7 |

## SUMMONS

To the above-named Defendant:

Cratus Dwayne Moore
Where ever he may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 4th day of Aug, 20 14.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

2

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

3

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF,<br>    PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | CASE NO. CJ-2014-_____<br><br>CJ - 2014 - 4407 |

## **SUMMONS**

To the above-named Defendant:

Durand Crosby
Where ever he may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 4th day of Aug, 20 14.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

2

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF,<br>　　PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CASE NO. CJ-2014-_____<br><br>CJ - 2014 - 4407 |

## **SUMMONS**

To the above-named Defendant:

Ellen Buettner
Where ever he may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 4th day of Aug, 20 14.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

2

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

KIMBERLY POFF, )
    PLAINTIFF, )
)
V. )
)
1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES; )
2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, )
3. TERRY WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services, )
4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services; )
5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and )
6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services. )

DEFENDANTS. )

CASE NO. CJ-2014-_____

CJ - 2014 - 4407

## SUMMONS

To the above-named Defendant:

Terry White
Where ever he may be found

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 4th day of Aug, 20 14.

TIM RHODES, COURT CLERK

By _____
Deputy Court Clerk

(Seal)

Attorney(s) for Plaintiff(s):
Rachel L. Bussett, OBA No. 19769
Curtis Bussett, OBA No. 17971
BUSSETT LAW FIRM, P.C.
3555 NW 58th St. Suite 1010
Oklahoma City, OK 73112
(405) 607-4885 Telephone
(405) 601-7764 Facsimile
rachel@bussettlaw.com

This summons was served on _____

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

_____
Rachel L. Bussett

2