# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIMBERLY POFF,<br><br>      Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA *ex rel* THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br><br>(2) THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, *et al*<br><br>      Defendants. | Case No. 5:14-cv-01438-C |

## **DEFENDANTS' NOTICE OF DEPOSITION OF KIMBERLY POFF**

TO:  Rachel L. Bussett, OBA #19769
Bussett Law Firm, PC
3555 N.W. 58th Street, Suite 1010
Oklahoma City, OK  73112
Telephone:  (405) 605-8073
Facsimile:  (405) 601-7765
rachel@bussettlaw.com
*Attorney for Plaintiff*

Pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, Defendants, the State of Oklahoma ex rel. The Oklahoma Department of Mental Health and Substance Abuse Services (the "Department") and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services (the "Board"), herby serve notice that they will take the deposition of Kimberly Poff on Tuesday, December 22, 2015, at 9:30 a.m. at the offices of the Professional Reporters, 511 Couch Drive, Suite 100, Oklahoma City, Oklahoma, 73102.  The deposition will be recorded by stenographic

1

record.  The examination will be conducted between the hours of 9:30 a.m. and 5:00 p.m. on December 22, 2015, and shall continue from day-to-day until completed within the time allowed by the Federal Rules of Civil Procedure.

YOU ARE INVITED TO ATTEND AND CROSS-EXAMINE.

Dated this 11th day of November 2015.

                                    Respectfully submitted,

                                      s/*Victor F. Albert*
                                      Victor F. Albert, OBA #12069
                                      Matthew L. Warren, OBA #31260
                                      CONNER & WINTERS, LLP
                                      1700 One Leadership Square
                                      211 North Robinson
                                      Oklahoma City, OK  73102
                                      Telephone:  (405) 272-5711
                                      Facsimile:  (405) 232-2695
                                      Email:   valbert@cwlaw.com
                                                    mwarren@cwlaw.com
                                      ***Attorneys for Defendants The State of Oklahoma ex rel. the Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services***

2

K:\VALB\Clients A-M\15640 Dept. & Board\0002 Poff, Kimberly\Pleadings (USDC-WDOK 14-cv-1438)\Notice of Depo - Kimberly Poff.docx

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

> Rachel L. Bussett, OBA #19769
> Bussett Law Firm, PC
> 3555 N.W. 58th Street, Suite 1010
> Oklahoma City, OK  73112
> Telephone:  (405) 605-8073
> Facsimile:  (405) 601-7765
> rachel@bussettlaw.com
> ***Attorney for Plaintiff***
>
> Jeremy Tubb, OBA #16739
> Matthew S. Panach, OBA #22262
> FULLER, TUBB, BICKFORD & KRAHL
> 201 Robert S. Kerr, Suite 1000
> Oklahoma City, OK  73102
> Telephone:  (405) 235-2575
> Facsimile:  (405) 232-8384
> jeremy.tubb@fullertubb.com
> panach@fullertubb.com
> ***Attorneys for Defendants***
> ***Terri White, Durand Crosby, and***
> ***Cratus Dewayne Moore***

                                                           s/*Victor F. Albert*
                                                           VICTOR F. ALBERT

3

K:\VALB\Clients A-M\15640 Dept. & Board\0002 Poff, Kimberly\Pleadings (USDC-WDOK 14-cv-1438)\Notice of Depo - Kimberly Poff.docx