# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| (1) KIMBERLY POFF,<br><br>             Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA *ex rel* THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>(2) THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, *et al*<br><br>             Defendants. | Case No. 5:14-cv-01438-C |

## SUPPLEMENT TO THE WITNESS AND EXHIBIT LISTS OF DEFENDANTS STATE OF OKLAHOMA EX REL. THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES AND THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES

Defendants, State of Oklahoma *ex rel* The Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services ("Defendants") submit their Supplement to the Witness and Exhibit Lists filed on March 29, 2016 as follows. These documents were referred to in the deposition of Plaintiff, and/or produced in a binder to Plaintiff at the deposition.

1

K:\VALB\Clients A-M\15640 Dept. & Board\0002 Poff, Kimberly\Pleadings (USDC-WDOK 14-cv-1438)\Supp to W-E List FINAL Poff.docx

# EXHIBIT LIST

| No. | Description | Identification/Bates Label | Expectation |
|---|---|---|---|
| 37. | 8-26-13 letter written by R. Bussett re Termination of Kimberly Poff, 8/23/13 | Poff v. ODMHSAS 000001-000006 | May Use |
| 38. | ODMHSAS Investigative Process Video | ODMH 001542 | May Use |
| 39. | All documents and exhibits in the binder of exhibits that were produced to Plaintiff at Plaintiff's deposition in December 2015 | Binder Produced at Plaintiff's Deposition | May Use |

Discovery is still ongoing in this case; as a result, Defendants reserve the right to amend its Final Witness and Exhibit Lists to the extent additional witnesses and/or documents are identified through the course of further discovery.

Respectfully submitted,

/s/ *Victor F. Albert*
VICTOR F. ALBERT, OBA #12069
MATTHEW L. WARREN, OBA #31260
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
valbert@cwlaw.com
mwarren@cwlaw.com
***Attorneys for Defendants, State of Oklahoma ex rel. The Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for The Oklahoma Department of Mental Health and Substance Abuse Services***

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Rachel L. Bussett, OBA #19769
    Ashley Weyland, OBA # 32141
    THE BUSSETT LEGAL GROUP, PLLC
    Mid-Town Plaza Law Center
    414 NW 4th St., Suite 200
    Oklahoma City, OK  73102
    Telephone:  (405) 605-8073
    Facsimile:  (405) 601-7764
    rachel@bussettlaw.com
    ashley@bussettlaw.com
    *Attorneys for Plaintiff*

    Jeremy Tubb, OBA #16739
    Matthew S. Panach, OBA #22262
    FULLER, TUBB, BICKFORD & KRAHL
    201 Robert S. Kerr, Suite 1000
    Oklahoma City, OK  73102
    Telephone:  (405) 235-2575
    Facsimile:  (405) 232-8384
    jeremy.tubb@fullertubb.com
    panach@fullertubb.com
    *Attorneys for Defendants*
    *Terri White, Durand Crosby,*
    *Cratus Dewayne Moore, and Ellen Buettner*

    /s/ *Victor F. Albert*
    VICTOR F. ALBERT

3

K:\VALB\Clients A-M\15640 Dept. & Board\0002 Poff, Kimberly\Pleadings (USDC-WDOK 14-cv-1438)\Supp to W-E List FINAL Poff.docx